■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL McGEE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered July 17, 1985, convicting him of attempted robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Neither the defendant's claim that he was deprived of a fair trial by certain of the prosecutor's remarks on summation, nor his challenge to the trial court's replacement of two jurors with alternates, are preserved for appellate review *(see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818; *People v Fernandez,*

137 AD2d 709; *People v Burns,* 118 AD2d 864), and we decline to address them in the exercise of our interest of justice jurisdiction. Bracken, J. P., Rubin, Spatt and Sullivan, JJ., concur.